IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : CRIMINAL NO. |
| IRA PRATT | : |

ORDER FOR BENCH WARRANT

AND NOW, this            day of              , 2021, on motion of Jennifer A. Williams Acting United States Attorney for the Eastern District of Pennsylvania, it is ORDERED that a bench warrant be issued for the arrest of the defendant in the above-captioned case.

BY THE COURT:

/s/ Carol S. Wells
_____
HONORABLE CAROL S. WELLS
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIMINAL NO. |
| IRA PRATT | : | |

## MOTION FOR BENCH WARRANT

AND NOW, this 1st day of April, 2021, Jennifer A. Williams, Acting United States Attorney for the Eastern District of Pennsylvania, and Everett R. Witherell, Assistant United States Attorney move the Court for the allowance of a bench warrant in the above-entitled case directed to the United States Marshal, Eastern District of Pennsylvania, or any other United States Marshal or officer authorized to execute same.

Respectfully submitted,

JENNIFER A. WILLIAMS
Acting United States Attorney


 /s/Everett R. Witherell
Everett R. Witherell
Assistant United States Attorney